# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenberg, William S. | U.S. Court of Appeals for Veterans Claims | 5/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | Adjunct Professor | Georgetown University Law Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | 2012 | McCarter & English LLP, return of capital, no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | McCarter and English LLP, return of capital | $101,000.00 |
| 2. 2014 | New Jersey Division of Pensions and Benefits, pension | $5,945.00 |
| 3. 2014 | Georgetown University Law Center, teaching | $5,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed pharmaceutical consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking | A | Interest | N | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. -Schwab Government Money Fund | A | Interest | M | T | | | | | |
| 4. -IN Washington Cmnty Sch Bldg Muni. Bond | C | Interest | M | T | | | | | |
| 5. -LA State GO NC Muni. Bond | C | Interest | M | T | | | | | |
| 6. -MN State HFA Fin. Rev. Muni. Bond | C | Interest | L | T | Sold (part) | 07/01/14 | J | | |
| 7. -SPDR S & P Mid-Cap 400 ETF Trust | C | Int./Div. | M | T | | | | | |
| 8. -Gateway Fund Y Shares | A | Int./Div. | K | T | Sold (part) | 01/02/14 | J | | |
| 9. | | | | | Sold (part) | 01/02/14 | J | A | |
| 10. -Merger Fund | B | Int./Div. | K | T | | | | | |
| 11. -iShares Cohen & Steers Rlty (REIT) | C | Int./Div. | M | T | | | | | |
| 12. -AMEX Energy Select Sector SPDR | C | Int./Div. | M | T | Sold (part) | 06/26/14 | M | F | |
| 13. | | | | | Buy | 12/12/14 | L | | |
| 14. -Powershares DB Commodity Index | | None | | | Buy | 12/12/14 | M | | |
| 15. | | | | | Sold | 12/18/14 | L | | |
| 16. | | | | | Sold | 12/18/14 | M | | |
| 17. -US Treasury Bill NC | | None | N | T | Buy | 09/30/14 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -UT St HFA Rev Muni. Bond (X) | A | Interest | J | T | | | | | |
| 19. -FL St Dept Mgmt Svcs Div Muni. Bond (X) | C | Interest | L | T | | | | | |
| 20. -NJ St Transn Tr Fd Muni. Bond (X) | C | Interest | L | T | | | | | |
| 21. -MI St Hsg Dev Auth Rental Rev Muni. Bond (X) | A | Interest | J | T | Sold (part) | 04/01/14 | J | | |
| 22. | | | | | Sold (part) | 05/01/14 | J | | |
| 23. -PA St Tpk Commn Oil Franchise Tax Rev Muni. Bond (X) | C | Interest | | | Sold | 09/17/14 | L | | |
| 24. -NV St GO Muni. Bond | B | Interest | M | T | Buy | 08/01/14 | M | | |
| 25. -NY NYC GO Muni. Bond | A | Interest | L | T | Buy | 07/11/14 | L | | |
| 26. -FL St Brd Ed Lottery Muni. Bond | | None | L | T | Buy | 07/24/14 | L | | |
| 27. -MI St Fin Auth Rev Muni. Bond | | None | M | T | Buy | 08/08/14 | M | | |
| 28. -TX St Transn Commn Hwy Fund Muni. Bond | A | Interest | K | T | Buy | 07/07/14 | K | | |
| 29. -WI St Gen Fd Annual Approp Rev Muni. Bond | A | Interest | K | T | Buy | 07/16/14 | K | | |
| 30. -WA St GO Muni. Bond | A | Interest | L | T | Buy | 07/10/14 | L | | |
| 31. -TX Fort Bend ISD GO Muni. Bond | A | Interest | L | T | Buy | 07/14/14 | L | | |
| 32. -NY NYC Trans Fin Auth Future Tax Rev Muni. Bond | A | Interest | L | T | Buy | 07/21/14 | L | | |
| 33. -CA St GO Muni. Bond | A | Interest | L | T | Buy | 07/23/14 | L | | |
| 34. -Vanguard Short-Term Tax-Exempt Fund-Admn | A | Int./Div. | O | T | Buy | 11/17/14 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/10/14 | M | | |
| 36.   -Altria Group Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 37.   -Walt Disney Co. Stock (X) | | None | K | T | | | | | |
| 38.   -General Electric Stock (X) | A | Dividend | J | T | | | | | |
| 39.   -Honeywell Intl Inc. Stock (X) | A | Dividend | J | T | | | | | |
| 40.   -Intel Corp. Stock (X) | A | Dividend | J | T | | | | | |
| 41.   -JP Morgan Chase Stock (X) | A | Dividend | K | T | | | | | |
| 42.   -Johnson & Johnson Stock (X) | A | Dividend | J | T | | | | | |
| 43.   -Kraft Foods Group Inc. Stock (X) | A | Dividend | J | T | | | | | |
| 44.   -Mondelez International Inc. Stock (X) | A | Dividend | J | T | | | | | |
| 45.   -Monsanto Co. Stock (X) | A | Dividend | K | T | | | | | |
| 46.   -Pfizer Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 47.   -Philip Morris International Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 48.   -Qualcomm Stock (X) | A | Dividend | J | T | | | | | |
| 49.   -United Tech Corp. Stock (X) | A | Dividend | K | T | | | | | |
| 50.   -Verizon Communications Stock (X) | A | Dividend | J | T | | | | | |
| 51.   -Wells Fargo & Co. Stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Henry Schein Inc. (X) | | None | K | T | | | | | |
| 53. -Exxon Mobil Corp. Stock (X) | A | Dividend | L | T | | | | | |
| 54. -Schlumberger Ltd. Stock (X) | A | Dividend | K | T | | | | | |
| 55. -PIMCO Commodity RR Strat-Ins Fund | | None | M | T | Buy | 12/19/14 | M | | |
| 56. -iShares MSCI ACWX Index Fund | A | Int./Div. | K | T | Buy | 10/15/14 | K | | |
| 57. -iShares MSCI Emerging Markets Index | | None | J | T | Buy | 12/23/14 | J | | |
| 58. -Harbor International Fund - Inst. | | None | | | Buy | 06/17/14 | K | | |
| 59. | | | | | Sold | 10/09/14 | K | | |
| 60. -Longleaf Intl Fund | | None | | | Buy | 06/17/14 | K | | |
| 61. | | | | | Sold | 10/09/14 | K | | |
| 62. -Vanguard Emering Markets ETF | A | Int./Div. | | | Buy | 07/01/14 | J | | |
| 63. | | | | | Sold | 12/18/14 | J | | |
| 64. Brokerage Account #2 | | | | | | | | | |
| 65. -S&P 500 Depository Receipts | A | Int./Div. | J | T | | | | | |
| 66. -Schwab U.S. Treasury Money Fund | | None | J | T | | | | | |
| 67. Brokerage Account #3 | | | | | | | | | |
| 68. -BlackRock U.S. Treasury Money Market | | None | | | Sold | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FL Dept Mgmt Svcs Muni. Bond (Y) | | | | | | | | | |
| 70. -IL Univ of IL Muni. Bond (Y) | | | | | | | | | |
| 71. -MI State Hsg Dev Auth Muni. Bond (Y) | | | | | | | | | |
| 72. -NJ State Transn Tr Fd Muni. Bond (Y) | | | | | | | | | |
| 73. -PA St Tpk Commn Oil Franchise Muni. Bond (Y) | | | | | | | | | |
| 74. -UT State HFA Rev Muni. Bond (Y) | A | Interest | | | Sold (part) | 01/01/14 | J | | |
| 75. -Vanguard Short Term Tax-Exempt Fund (Y) | | | | | | | | | |
| 76. -Nuveen Insured Muni Opportunity Fund (Y) | | | | | | | | | |
| 77. Brokerage Account #4 | | | | | | | | | |
| 78. -Schwab Advisor Cash Reserves - Premier | A | Interest | L | T | | | | | |
| 79. -ASML Holding NV-NY Reg Shares | A | Dividend | K | T | | | | | |
| 80. -Adobe Systems Inc. Stock | | None | K | T | Sold (part) | 01/08/14 | J | C | |
| 81. | | | | | Sold (part) | 01/08/14 | J | C | |
| 82. | | | | | Sold (part) | 02/10/14 | J | C | |
| 83. | | | | | Sold (part) | 06/30/14 | J | A | |
| 84. | | | | | Sold (part) | 06/30/14 | K | D | |
| 85. -Apple Inc. Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Automatic Data Processing Inc. Stock | B | Dividend | L | T | | | | | |
| 87. -Celgene Corp. Stock | | None | L | T | Sold (part) | 03/07/14 | J | C | |
| 88. | | | | | Sold (part) | 08/01/14 | J | C | |
| 89. -Cognizant Tech Solutions Corp. Stock | | None | L | T | Sold (part) | 08/01/14 | J | D | |
| 90. -General Electric Stock | B | Dividend | K | T | | | | | |
| 91. -EMC Corp/Mass Stock | A | Dividend | L | T | Buy (add'l) | 01/15/14 | K | | |
| 92. -Google Stock (Class A) | | None | K | T | Sold (part) | 02/10/14 | J | D | |
| 93. -Medtronic Stock | B | Dividend | L | T | | | | | |
| 94. -Monsanto Co. Stock | A | Dividend | K | T | | | | | |
| 95. -Marsh & McLennan Companies Inc. Stock | B | Dividend | L | T | Sold (part) | 07/09/14 | K | D | |
| 96. -NetApp Inc. Stock | A | Dividend | | | Sold (part) | 03/14/14 | J | | |
| 97. | | | | | Sold (part) | 03/14/14 | J | | |
| 98. | | | | | Sold (part) | 03/14/14 | J | A | |
| 99. | | | | | Sold (part) | 03/14/14 | J | B | |
| 100. | | | | | Sold | 04/24/14 | K | D | |
| 101. -Intel Corp. Stock (Y) | | | | | | | | | |
| 102. -KLA-Tencor Corp. Stock | A | Dividend | | | Sold (part) | 09/23/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/23/14 | K | D | |
| 104.  -Maxim Integrated Products Stock (Y) | | | | | | | | | |
| 105.  -Microsoft Corp. Stock | B | Dividend | K | T | | | | | |
| 106.  -Johnson & Johnson Company Stock | B | Dividend | L | T | | | | | |
| 107.  -Qualcomm Stock | B | Dividend | K | T | Sold (part) | 07/10/14 | J | B | |
| 108. | | | | | Sold (part) | 07/10/14 | J | B | |
| 109. | | | | | Sold (part) | 11/05/14 | K | D | |
| 110.  -Teradata Corp. Stock | | None | K | T | Buy (add'l) | 08/07/14 | J | | |
| 111. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 112.  -Cisco Systems Inc. Stock | B | Dividend | L | T | | | | | |
| 113.  -Fresenius Medical Care AG-ADR Stock (Y) | | | | | | | | | |
| 114.  -Amgen Stock | A | Dividend | K | T | | | | | |
| 115.  -Varian Medical Systems Inc. Stock | | None | L | T | Sold (part) | 07/10/14 | J | B | |
| 116.  -Cytec Ind. Inc. | A | Dividend | K | T | | | | | |
| 117.  -Edwards Lifesciences Corp. Stock | | None | K | T | | | | | |
| 118.  -Quest Diagnostics Inc. Stock | B | Dividend | L | T | | | | | |
| 119.  -Pall Corp. Stock | A | Dividend | L | T | Sold (part) | 06/30/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Stanley Black & Decker Inc. Stock | A | Dividend | K | T | | | | | |
| 121. -Cerner Corp. Stock | | None | K | T | Sold (part) | 07/10/14 | J | D | |
| 122. -F5 Networks Inc. Stock | | None | L | T | | | | | |
| 123. -Flir Systems Inc. Stock | A | Dividend | K | T | | | | | |
| 124. -China Life Insurance Co. - ADR Stock (Y) | | | | | | | | | |
| 125. -Liberty Property Trust | B | Int./Div. | K | T | | | | | |
| 126. -Schlumberger Ltd. Stock | A | Dividend | K | T | Sold (part) | 06/30/14 | K | D | |
| 127. -EOG Resources Stock | A | Dividend | K | T | Sold (part) | 07/16/14 | K | D | |
| 128. -Baidu.com - ADR Stock (Y) | | | | | | | | | |
| 129. -Diageo PLC - Spons ADR Stock | B | Dividend | K | T | Sold (part) | 08/01/14 | J | C | |
| 130. -Qiagen N. V. Stock | | None | K | T | | | | | |
| 131. -SABMiller PLC - Spons ADR Stock | B | Dividend | L | T | Sold (part) | 06/30/14 | K | E | |
| 132. | | | | | Sold (part) | 06/30/14 | J | B | |
| 133. -Teva Pharmaceutical - Spons ADR Stock (Y) | | | | | | | | | |
| 134. -Enterprise Products Partners L.P. interest | B | Int./Div. | L | T | | | | | |
| 135. -Energy Transfer Partners L.P. interest | B | Int./Div. | K | T | | | | | |
| 136. -CDK Global Inc. Stock (X) | A | Dividend | J | T | Sold (part) | 10/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Google Inc. Class C Stock (X) | | None | K | T | | | | | |
| 138. -Dick's Sporting Goods Inc. Stock | A | Dividend | K | T | Buy | 03/31/14 | K | | |
| 139. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 140. | | | | | Sold (part) | 06/30/14 | J | | |
| 141. | | | | | Sold (part) | 06/30/14 | J | | |
| 142. | | | | | Buy (add'l) | 08/06/14 | K | | |
| 143. IRA #1 | | | | | | | | | |
| 144. -Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 145. -U.S. Treasury Inflation Indexed Bonds | D | Interest | M | T | Buy (add'l) | 03/31/14 | J | | |
| 146. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 147. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 148. | | | | | Sold (part) | 12/31/14 | J | | |
| 149. -FHLB U.S. Government Agency Bond (Y) | | | | | | | | | |
| 150. -WI West Allis Muni. Bond | B | Interest | L | T | | | | | |
| 151. -IN State Bd Bk Muni. Bond | A | Interest | K | T | | | | | |
| 152. -IL Peoria Cnty Cmnty Unit SD Muni. Bond | B | Interest | L | T | | | | | |
| 153. -MI Jackson Pub Schs GO NC Muni. Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CO Colorado Springs Util Rev Muni. Bond | B | Interest | L | T | | | | | |
| 155. -OH Hamilton Cnty Sewer Sys Muni. Bond | C | Interest | L | T | | | | | |
| 156. -PA Commonwealth Fing Auth Muni. Bond | B | Interest | K | T | | | | | |
| 157. -KY Asset/Liability Commn Muni. Bond | B | Interest | K | T | | | | | |
| 158. -PA Montgomery Cnty Muni. Bond | B | Interest | K | T | | | | | |
| 159. -CA Univ of Cal Rev Muni. Bond | B | Interest | K | T | | | | | |
| 160. -WA State Muni. Bond | B | Interest | L | T | | | | | |
| 161. -Wal-Mart Stores Corporate Bond | B | Interest | L | T | | | | | |
| 162. -UPS Corporate Bond | C | Interest | L | T | | | | | |
| 163. -Proctor & Gamble Corporate Bond | B | Interest | L | T | | | | | |
| 164. -SBC Communications Corporate Bond | B | Interest | | | Sold | 09/15/14 | K | | |
| 165. -GlaxoSmithKline Corporate Bond | B | Interest | | | Sold | 04/15/14 | L | | |
| 166. -IBM Corporate Bond | B | Interest | K | T | | | | | |
| 167. -Walt Disney Co. Corporate Bond | B | Interest | K | T | | | | | |
| 168. -Wells Fargo & Co. Corporate Bond | A | Interest | K | T | | | | | |
| 169. -Target Corporate Bond | A | Interest | K | T | | | | | |
| 170. -General Electric Capital Corporate Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Berkshire Hathaway Corporate Bond | B | Interest | L | T | | | | | |
| 172. -PIMCO Total Return Fund - Institutional | C | Int./Div. | | | Sold | 10/01/14 | N | | |
| 173. -Vanguard Bond Index - Short Term | B | Int./Div. | M | T | | | | | |
| 174. -Vanguard S-T Investment Grade Fund | D | Int./Div. | O | T | Buy (add'l) | 10/02/14 | N | | |
| 175. | | | | | Buy (add'l) | 12/23/14 | N | | |
| 176. -Blackrock Funds II - Floating Rate | D | Int./Div. | | | Sold | 12/22/14 | N | | |
| 177. -iShares DJ Select Dividend Index Fund | C | Int./Div. | M | T | | | | | |
| 178. IRA #2 | | | | | | | | | |
| 179. -Schwab Government Money Fund | | None | J | T | | | | | |
| 180. -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | | | | | |
| 181. -Vanguard S-T Investment Grade Fund | A | Int./Div. | K | T | Buy | 08/22/14 | K | | |
| 182. 401(k) #1 | | | | | | | | | |
| 183. -PIMCO Total Return Fund - Institutional (Y) | | | | | | | | | |
| 184. Trust #1 | | | | | | | | | |
| 185. -BNY Mellon Money Market Fund (Y) | | | | | | | | | |
| 186. -CRA 12 Deposit Account | A | Interest | M | T | | | | | |
| 187. -WA State Motor Vehicle Tax Zero Coupon Muni. Bond | B | Interest | | | Sold | 06/01/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Grand Prairie TX Sch Dist Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 189. -Irving Tex Indpt Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 190. -Mt. San Antonio CA Cmnty Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 191. -Hopewell PA Area Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 192. -Chicago IL Brd Ed Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 193. -Ector Cnty TX Indpt Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 194. -Phoenix AZ Indl Dev Auth Zero Coupon Muni. Bond | A | Interest | | | Sold | 12/01/14 | K | C | |
| 195. -St Clair Cnty IL Pub Bldg Zero Coupon Muni. Bond | A | Interest | | | Sold | 12/01/14 | K | D | |
| 196. -S&P 500 Depository Receipts | D | Int./Div. | N | T | Sold (part) | 06/26/14 | M | E | |
| 197. -SPDR S&P Mid-Cap 400 ETF Trust | B | Int./Div. | M | T | | | | | |
| 198. -Dreyfus Small Cap Stock Index Fund | D | Int./Div. | M | T | | | | | |
| 199. -Dreyfus Intl Stock Fund | | None | | | Sold | 06/27/14 | L | E | |
| 200. -Harbor FD Intl Fund | B | Int./Div. | L | T | Buy (add'l) | 06/30/14 | K | | |
| 201. | | | | | Sold (part) | 10/10/14 | K | | |
| 202. -Harris Assoc Invt TR Oakmark Intl Fund | D | Int./Div. | L | T | | | | | |
| 203. -BNY Mellon Emerging Markets Fund - MPAM Shares | A | Int./Div. | K | T | | | | | |
| 204. -Powershares DB Commodity Index Tracking Fund | | None | | | Sold | 12/10/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -AMEX Energy Select Sector SPDR Fund | B | Int./Div. | M | T | Buy (add'l) | 12/15/14 | K | | |
| 206.  -Longleaf Intl Fund | | None | | | Buy | 06/30/14 | K | | |
| 207. | | | | | Sold | 11/10/14 | K | | |
| 208.  -PIMCO Commodity RR Strat-D Fund | | None | L | T | Buy | 12/11/14 | L | | |
| 209.  -Vanguard Emerging Markets ETF Fund | A | Int./Div. | | | Buy | 07/01/14 | K | | |
| 210. | | | | | Sold | 12/23/14 | K | | |
| 211.  -WCM Focused Intl Growth Fund - Ins | | None | | | Buy | 06/30/14 | K | | |
| 212. | | | | | Sold | 10/10/14 | K | | |
| 213.  -iShares MSCI ACWX Index Fund | B | Int./Div. | M | T | Buy | 10/16/14 | M | | |
| 214.  -iShares MSCI Emerging Markets Index Fund | | None | K | T | Buy | 12/29/14 | K | | |
| 215.  Trust #2 | | | | | | | | | |
| 216.  -Schwab Government Money Fund | | None | J | T | | | | | |
| 217.  -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 218.  -S&P 500 Depository Receipts | A | Int./Div. | L | T | | | | | |
| 219.  -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | K | T | | | | | |
| 220.  -Longleaf Partners Small Cap | B | Int./Div. | J | T | | | | | |
| 221.  -Baron Small Cap Fund-I | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Gateway Fund Y Shares | A | Int./Div. | J | T | | | | | |
| 223. -AMEX Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 224. -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | Sold (part) | 10/10/14 | J | | |
| 225. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 226. -Dreyfus Intl Stock Fund CL1 | A | Int./Div. | K | T | | | | | |
| 227. -Oakmark Intl Fund - I | B | Int./Div. | K | T | | | | | |
| 228. -Harbor International Fund - Inst | A | Int./Div. | K | T | | | | | |
| 229. -Powershares DB Commodity Index | | None | | | Buy | 10/15/14 | J | | |
| 230. | | | | | Sold | 12/18/14 | J | | |
| 231. Pleiades Investment Partners, LP - passive LP interest | | None | M | U | | | | | |
| 232. The Vittoria Fund, LP - passive LP interest | | None | O | U | Buy (add'l) | 06/30/14 | N | | |
| 233. JBG Investment Fund VIII - passive LP interest | | None | M | U | | | | | |
| 234. WP Real Estate LLC | B | Distribution | | | Distributed | 09/02/14 | K | C | |
| 235. Wolfpac Technologies Inc. (Y) | E | Int./Div. | | | | | | | |
| 236. BKWG, Inc. | D | Distribution | K | U | | | | | |
| 237. Northwestern Mutual Whole Life Insurance Policies | E | Dividend | N | T | | | | | |
| 238. MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 240. AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 241. QuantaPoint | | None | J | U | | | | | |
| 242. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 243. SunTrust Bank Checking (X) | A | Interest | J | T | | | | | |
| 244. Wolfpac Holdings, Inc. (X) | G | Int./Div. | M | U | Sold (part) | 08/27/14 | P1 | H1 | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

- Items 18 through 23 in Brokerage Account #1 were transferred from Brokerage Account #3 to Brokerage Account #1, and are designated with an (X). Corresponding Items 69 and 71-74 in Brokerage Account #3 are designated with a (Y). There is one additional item entry with the former group of items since one asset had two sales.

- Items 36 through 54 in Brokerage Account #1 were [        ] by Disclosing [        ].

- Item 136 in Brokerage Account #4 represents a stock spinoff from Automatic Data Processing that occurred in 2014.

- Item 137 in Brokerage Account #4 represents a stock split in which Google Inc. stockholders received Google Inc. Class C stock. The description in Item 92 now specifies that Item 92 refers to Class A stock.

- The entire interest in Item 235 (Wolfpac Technologies Inc.) was transferred to Item 244 (Wolfpac Holdings, Inc.) on August 26, 2014 through an inversion.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544